UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA BAHENA DE SOTELO,<br><br>                         Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                         Respondent. | Civil No.:  17cv02182 JAH-KSC<br><br>**ORDER REQUIRING RESPONSE** |

Petitioner, Gloria Bahena De Sotelo, filed a petition for writ of error *coram nobis* pursuant to 28 U.S.C. § 1651(a), seeking to have her guilty plea vacated.  See Doc. No 2. This Court has reviewed the petition and deems it appropriate to require Respondent to file a response thereto.

Accordingly, IT IS HEREBY ORDERED:

1. Respondent shall file and serve a responsive pleading no later than **July 31, 2018**.  The response shall include any and all documents relevant to the determination of the issues in the petition.

2. If Petitioner wishes to reply to Respondent's pleading, a traverse or other appropriate pleading must be filed no later than **August 21, 2018**.  Upon the filing of the foregoing, the parties shall await further order of this Court.

3. The Clerk of Court shall serve a copy of the petition together with a copy of this order on the United States Attorney or an authorized representative, 880 Front Street, Room 6293, San Diego, CA 92101.

DATED: July 3, 2018

_____
JOHN A. HOUSTON
United States District Judge